UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTMINSTER HOUSE, LLC, | No. C 12-02026 WHA (LB) |
| Plaintiff, | |
| | No. C 12-2027 WHA (LB) |
| v. | |
| FRANK JAO and HAI NGOC DINH, | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| Defendants. | |

The parties have a settlement conference set for Tuesday, January 22, 2013. The court directs them to submit the following information required by the court's order on settlement conference statements. *See* Order, C 12-02026 WHA, ECF No. 35. The information *may* be submitted by email to the court's orders box at lbpo@cand.uscourts.gov, and it *must* be submitted to the court by January 22, 2013, at 9:00 a.m.

**Plaintiffs** *must* make a demand to Defendants by Friday, January 18, 2013, at 1 p.m.

**Defendants** *must* respond to Plaintiff's demand and *must* let the court know demand and response by the time frame in paragraph one.

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE SETTLEMENT CONFERENCE
C 12 02026 WHA, C 12 02027 WHA