

**Katten**
Katten Muchin Rosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
310.788.4471 fax

STUART M. RICHTER
stuart.richter@kattenlaw.com
310.788.4582 direct
310.712.8434 fax

May 29, 2013

The Honorable Laurel Beeler
United States District Court
San Francisco Courthouse
Courtroom C - 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

   Re: **Westminster House v. Jao**
     Case no. 3:12-cv-02027-WHA
     (related to 3:12-cv-02026-WHA)
     June 3, 2013 Settlement Conference

Dear Judge Beeler:

This firm represents Plaintiffs in the above referenced actions. Both cases are set for a further settlement conference on June 3, 2013. I am writing to request permission for my client's representative, Timothy Shanley (whom you met at the first settlement conference session), to be excused from personally appearing at the conference.

It would be a hardship to require Mr. Shanley to travel to the conference to appear personally. His office and home are in the State of Illinois. Appearing at the Monday conference will mean that he must travel on Sunday and incur an additional night of hotel charges, or must travel most of the day on Monday.

Mr. Shanley, of course, will be available by telephone the entire time of the conference. We do not believe there is any information that Mr. Shanley needs to hear in person, or decisions that cannot be made by telephone.

AUSTIN CENTURY CITY CHARLOTTE CHICAGO HOUSTON IRVING LOS ANGELES
NEW YORK ORANGE COUNTY SAN FRANCISCO BAY AREA SHANGHAI WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

31743048v1



May 29, 2013
Page 2

I have notified Defendants' counsel of this application by email.  I have not heard from Mr. Tran. I have discussed the situation with Mr. Newmeyer and he believes Mr. Shanley <u>should</u> be required to appear by telephone.

Respectfully submitted,

Stuart M. Richter

SMR:VH

cc: Thomas Newmeyer, Esq.
    Luan Tran, Esq.

Dated: May 30, 2013



DENIED
Judge Laurel Beeler

31743048v1