IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTMINSTER HOUSE, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK JAO, an individual, and HAI NGOC DINH, an individual,<br><br>    Defendants.<br>                                    / | No. C 12-02026 WHA<br><br>**ORDER RE SUPPLEMENTAL MEMORANDA ON MOTIONS FOR SUMMARY JUDGMENT** |

By **NOON ON OCTOBER 16**, both sides shall file memoranda, limited to five pages each, on the following issue: can a guarantor waive the protection of the antideficiency statute, including Section 580d, in an initial guarantee and loan transaction so long as the sham guarantee defense does not apply, meaning that the guarantor is distinct from the obligor? Please see the express wording of Section 2856, and *Riverbank,* 38 Cal.App.4th at 1420.

Dated: October 15, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE