IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE, LLC, a
Delaware limited liability company,

    Plaintiff,

  v.

FRANK JAO, an individual, and HAI
NGOC DINH, an individual,

    Defendants.

No. C 12-02026 WHA

**ORDER DENYING APPLICATION FOR BENCH TRIAL**

The contractual waiver of trial by jury is unenforceable. *Integrated Global Concepts, Inc. v. j2 Global, Inc.*, C-12-03434-RMW, 2013 WL 5692352 (N.D. Cal. Oct. 15, 2013) (Judge Ronald M. Whyte). Under Federal Rule of Civil Procedure 38, a jury could have been demanded up to fourteen days after defendant Frank Jao filed his answer. Jao answered and did ask for a jury trial; defendant Hai Ngoc Dinh could have asked for a jury trial himself for fourteen days thereafter, even though he did not do so. Nevertheless, once Jao demanded a jury trial, Dinh did not need to do so himself and could reasonably rely on Jao's demand. As such, a jury trial demand was timely made under Rule 38. Furthermore, plaintiff Westminster, LLC has not provided authority to show that the sham guarantee defense is an equitable issue to be tried only to the bench. Westminster's application to try this case to the bench is therefore **DENIED**.

    **IT IS SO ORDERED.**

Dated: November 5, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE