IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE, LLC, a
Delaware limited liability company,

    Plaintiff,

  v.

FRANK JAO, an individual, and HAI
NGOC DINH, an individual,

    Defendants.

No. C 12-02026 WHA

**ORDER RE DISMISSAL OF DEFENDANT FRANK JAO AND MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

      As discussed at yesterday's final pretrial conference, plaintiff Westminster House, LLC and defendant Frank Jao have entered into a settlement agreement. As part of that agreement, Westminster and defendant Jao requested defendant Jao's dismissal through a proposed stipulation. That request for dismissal is hereby **GRANTED**. Mr. Jao is dismissed effective November 4, 2013.

      Furthermore, the Court will retain jurisdiction up until December 12, 2014 to enforce the part the settlement agreement that calls for defendant Jao's payment of $1,650,000. Any motion to enforce that part of the settlement agreement must be filed by **NOON ON DECEMBER 12, 2014**. The Court does not retain jurisdiction to enforce any other provision of Mr. Jao's settlement agreement with Westminster.

      Finally, with respect to defendant Jao's motion for determination of good faith settlement with Westminster, that motion must be filed by **NOON ON MAY 30, 2014**, preferably well before that date. Defendant Hai Ngoc Dinh, however, is permitted to conduct discovery into whatever

issues pertain to this motion, including but not limited to the financial condition of defendant Jao. Such discovery would be subject to a protective order (*i.e.*, attorneys' eyes only).

**IT IS SO ORDERED.**

Dated: November 5, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2