IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE, LLC, a
Delaware limited liability company,

    Plaintiff,

  v.

HAI NGOC DINH,

    Defendant.

No. C 12-02026 WHA

**NOTICE RE TRIAL**

       The undersigned judge recognizes that this case is to go to trial on **FRIDAY, DECEMBER 13**, and fully expects it to do so. Nonetheless, if the parties are contemplating settlement, please be aware that they must notify the undersigned judge by **12 PM ON THURSDAY, DECEMBER 12**, if anyone wishes to dismiss the case on account of settlement. This is so that we could alert the jury venire and avoid them having to come in on Friday morning for jury selection. If the case is settled on the courthouse steps on Friday morning, the party that requested the jury will be charged for all jury fees incurred. Please do not call and say you have a settlement in principle. Only a fully executed settlement and dismissal of the matter will be sufficient.

Dated: December 10, 2013.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE