1  LEE TRAN LIANG & WANG LLP
    K. Luan Tran (Bar No. 193808)
2   luan.tran@ltlw.com
    Joe H. Tuffaha (Bar No. 253723)
3   joe.tuffaha@ltlw.com
    601 South Figueroa, Suite 3900
4  Los Angeles, CA 90017
    Tel: 213-612-8900
5  Fax: 213-612-3773

6  Attorneys for Defendant
    HAI NGOC DINH
7

8

                    **UNITED STATES DISTRICT COURT**
9
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

12

13  WESTMINSTER HOUSE, LLC, a          ) Case No.: 3:12-CV-2026-WHA
     Delaware limited liability company  )
14                                        ) **DEFENDANT HAI DINH'S**
                     Plaintiff,           ) **REQUEST AND [PROPOSED]**
15                                        ) **ORDER REGARDING**
            v.                            ) **COURTROOM EQUIPMENT FOR**
16                                        ) **TRIAL BEGINNING DECEMBER**
     FRANK JAO, an individual; HAI        ) **13, 2013**
17  NGOC DINH, an individual; and DOES 1  )
     through 10, inclusive,               ) Trial
18                                        ) Date:        December 13, 2013
                     Defendants.          ) Time:        7:30 a.m.
19  _____  ) Room:            8

20

21

22

23

24

25

26

27

28

Defendant Hai Ngoc Dinh ("Dinh") respectfully requests permission, pursuant to General Order No. 58, for Dinh to bring the following equipment to the courthouse, and to possess and use that equipment in Courtroom 8 of the above-referenced court for the trial in this matter scheduled to begin on December 13, 2013 at 7:30 a.m. and end on December 20, 2013.

The specific devices are as follows:

1. Two laptop computers;

2. One large poster board; and

3. Cables, peripherals, and power cords for the foregoing equipment.

Dated: December 12, 2013                    **LEE TRAN LIANG & WANG LLP**

By: _____
        K. Luan Tran
Attorneys for Defendant
HAI DINH

1

DEFENDANT HAI DINH'S REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT
CASE NO: 3:12-cv-02026-WHA

1

2                                             **ORDER**

3          For good cause shown, the foregoing requests are GRANTED.

4    IT IS SO ORDERED.

5

6    Dated: December __13__, 2013.                    _____
                                                        The Honorable William Alsup
7                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2