Stuart M. Richter (SBN 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (SBN 216931)
gregory.korman@kattenlaw.com
Brian J. Tanada (SBN 275421)
brian.tanada@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiff WESTMINSTER HOUSE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTMINSTER HOUSE, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>  vs.<br><br>FRANK JAO, an individual; HAI NGOC DINH, an individual; and DOES 1 through 10, inclusive<br><br>       Defendants. | CASE NO. 3:12-CV-02026-WHA<br><br>The Honorable William Alsup<br><br>**PLAINTIFF WESTMINSTER HOUSE, LLC'S REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR TRIAL BEGINNING DECEMBER 13, 2013**<br><br>Trial:<br>Date:       December 13, 2013<br>Time:       7:30 a.m.<br>Room:      8 |

1    Plaintiff Westminster House, LLC ("Westminster House") respectfully requests permission,
2  pursuant to General Order No. 58, for Westminster House to bring the following equipment to the
3  courthouse, and to possess and use that equipment in Courtroom 8 of the above-referenced court for
4  the trial in this matter scheduled to begin on December 13, 2013 at 7:30 a.m. and end on December
5  20, 2013.
6    The specific devices are as follows:
7    1. Elmo projector;
8    2. Data projector;
9    3. Two laptop computers; and
10   4. Cables, peripherals, and power cords for the foregoing equipment.

Dated: December 12, 2013                    **KATTEN MUCHIN ROSENMAN LLP**

                                            By: _____/s/_____
                                                    Stuart M. Richter
                                            Attorneys for Plaintiff
                                            WESTMINSTER HOUSE, LLC

**ORDER**

For good cause shown, the foregoing requests are GRANTED.

IT IS SO ORDERED.

Dated: December __13__, 2013.

                                      The Honorable William Alsup
                                      United States District Judge

**Katten**
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

3

**PLAINTIFF'S REQUEST AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT**
**CASE NO. 3:12-CV-02026-WHA**