IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE,
a Delaware limited liability company,

    Plaintiff,

  v.

HAI NGOC DINH,

    Defendant.
_____/

No. C 12-02026 WHA

**ORDER RE
DECEMBER 23 DEADLINE**

As discussed today following trial, the parties are to meet and confer to determine the value of Frank Jao's settlement payments. If the parties cannot agree on the value of those payments, then the parties shall file a brief as to this issue by **12 PM ON DECEMBER 23, 2013**. Reply briefs, if any, shall be filed by **12 PM ON DECEMBER 27, 2013**. A deadline for post-trial motions will be determined in due course.

**IT IS SO ORDERED.**

Dated: December 18, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE