IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE, LLP,
a Delaware limited liability company,

    Plaintiff,

  v.

HAI NGOC DINH,

    Defendant.

No. C 12-02026 WHA

**JUDGMENT**

    In accordance with the verdict received on December 18, 2013, and for the reasons stated in the official special-verdict form and the stipulation and order regarding the amount of judgment (Dkt. No. 125), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Westminster House, LLP and against defendant Hai Ngoc Dinh. In addition, the parties have stipulated that the value of certain settlement payments made by Frank Jao is $3,510,500. Receiving this value as credit against the jury award of $9,357,600, defendant Dinh shall pay a total amount of **$5,847,100**.

    The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: December 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE