IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE,

    Plaintiff,

v.

HAI NGOC DINH,

    Defendant.
                                      /

No. C 12-02026 WHA

**SCHEDULING ORDER**

    All post-trial motions and post-judgment motions shall be filed by **5 PM ON JANUARY 22, 2014**.

    With respect to Mr. Jao's motion for determination of good faith settlement with plaintiff Westminster House, LLP, the Court previously gave defendant Dinh until May 30, 2014 to conduct discovery into whatever issues pertain to that motion, including but not limited to the financial condition of Mr. Jao. Upon reflection, the Court suspects that this could be done more quickly, and suggests that any such discovery be done by 5 PM on January 31, 2014, with any motion for determination of good faith settlement to be noticed for hearing in February 2014. This paragraph is *not* an order yet, but rather a request for resolving the motion for good faith settlement more efficiently. The parties — including Mr. Jao — will please file a response to this request by **12 PM ON DECEMBER 31, 2013**.

    **IT IS SO ORDERED.**

Dated: December 23, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE