IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTMINSTER HOUSE, LLP,
a Delaware limited liability company,

    Plaintiff,

v.

HAI NGOC DINH,

    Defendant.
                             /

No. C 12-02026 WHA

**ORDER RE STIPULATION ON ATTORNEY'S FEES AND COSTS**

On December 23, 2013, judgment was entered in favor of plaintiff Westminster House, LLP and against defendant Hai Ngoc Dinh in the amount of $5,847,100, after the parties stipulated to the value of certain settlement payments made by Frank Jao (Dkt. No. 131). Under Civil Local Rules 54-1 and 54-5, plaintiff then had fourteen days from entry of judgment to serve and file a motion for attorney's fees — as required under Federal Rule of Civil Procedure 54(d)(2) — as well as a bill of costs. On the last day of the fourteen-day period, the parties submitted a stipulation for defendant Dinh to pay an award of $500,000 in favor of plaintiff for both attorney's fees and costs (Dkt. No. 138). Although this stipulation does not strictly comply with the requirements set forth under Civil Local Rules 54-1 and 54-5, it will be treated as a stipulated motion for attorney's fees and costs and approved as such.

**IT IS SO ORDERED.**

Dated: January 8, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE